THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JAMES DIXON, Appellant.

Argued January 12, 1949; decided March 3, 1949.

*Victor Levine* and *Nathan H. Blitman* for appellant.

*William H. Bowers, District Attorney (Arthur M. Beach* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE and FULD, JJ.